NUMBER 13-04-674-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

RAYMOND MARTINEZ,                                                     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the 36th District Court 
of Aransas County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, RAYMOND MARTINEZ, perfected an appeal from a judgment entered
by the 36th District Court of Aransas County, Texas, in cause number A-02-5100-CR. 
Appellant has filed a motion to dismiss the appeal. The motion complies with Tex. R.
App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 24th day of March, 2005.